04-22841.co

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 04-22841 CIV COOKE

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ENRIQUE ESCAURIZA

      Defendant.

_____/

**CERTIFICATION OF CONTEMPT**

**THIS MATTER** is before this Court as a result of defendant's repeated failures to comply with orders of the Court and, most importantly, his failure to appear before this Court after being directed to do so.

Initially, it took a Court order to get defendant to appear for deposition (D.E. 12). He did not bring any of the documents to the deposition he was supposed to bring pursuant to that order, and was subsequently ordered to produce same, again (D.E. 17). He ignored that order which resulted in an order by this Court to appear and show cause why he should not be held in contempt. He failed to appear despite being served with same by Certified Mail (D.E. 22).

Therefore, this Court certifies to the District Judge that defendant is in contempt of Court. By separate order he is being directed to appear before the **District Judge on Wednesday, October 17, 2007, at 2:30 P.M.** It is recommended that, if he fails to bring with him to said hearing the documents requested, he be incarcerated in civil contempt until he procures and produces said documents.

The parties have ten (10) days from the date of this Certification of Contempt within which to serve and file written objections, if any, with the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida.  Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this _19th_ day of September, 2007 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke
        Jennifer A. Margolis, Esq.
        Enrique Escauriza (sent via certified mail)
        17163 SW 215th Terr
        Miami, FL 33187