04-22841.o7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-22841 CIV COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENRIQUE ESCAURIZA

    Defendant.
_____/

## ORDER AWARDING SANCTIONS

**THIS MATTER** came before this Court on plaintiff's Motion for Rule to Show Cause, filed July 6, 2007. The Court issued said Rule and on September 17, 2007, defendant failed to appear as ordered, despite being served with the Notice by Certified Mail. That order (D.E. 168) stated that if defendant failed to appear, the sanctions sought by plaintiff would be imposed.

The Court has considered the sanctions sought and finds them eminently reasonable.

Therefore, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The request for sanctions **GRANTED,** pursuant to FRCP 37.

    2. Sanctions in the sum of $400.00 are hereby awarded to plaintiff for said discovery violations and the necessity of the filing of the motion to compel.

    3. Defendant shall make payment to plaintiff's counsel within ten (10) days from the date

of this order.

        **DONE AND ORDERED** this 19th day of September, 2007 at Miami, Florida.

                                                            STEPHEN T. BROWN
                                                            U.S. MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke
       Jennifer A. Margolis, Esq.
       Enrique Escauriza (sent certified mail)
       17163 SW 215th Terr
       Miami, FL 33187